## LEON BROWN v. NATIONAL VENEER CO. ET AL.

(Filed 7 March, 1928.)

APPEAL by defendant, National Veneer Company, from *Harris, J.,* at September Term, 1927, of PITT.

Motion by nonresident corporation to remove cause to the District Court of the United States for the Eastern District of North Carolina for trial. Motion denied, and movant appeals.

*Albion Dunn and Peter R. Hines for plaintiff.*
*F. C. Harding for defendant, National Veneer Company.*

PER CURIAM. The facts appearing on the present record are so nearly identical in principle with those in *Crisp v. Fibre Co.,* 193 N. C., 77, 136 S. E., 238, as to cause the instant case to be controlled by the decision rendered therein. The motion was properly denied.

Affirmed.